FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2026 APR 21   PM 4: 43

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

ANDREW L. FOSTER,

Defendant.

8:26CR62

INDICTMENT
18 U.S.C. § 2252(a)(2) & (b)(1)
18 U.S.C. § 2252(a)(4)(B) & (b)(2)

The Grand Jury charges that

## COUNT I

Beginning on or about July 30, 2025, and continuing until on or about September 10, 2025, in the District of Nebraska, defendant ANDREW L. FOSTER, having previously been convicted on or about February 22, 2021, of Receipt and Distribution of Child Pornography in violation of 18 United States Code Section 2252(a)(2) and (b)(1), in the United States District Court for the District of Nebraska, in case number 8:20CR223, did knowingly receive and distribute and attempted to receive and distribute, using any means and facility of interstate and foreign commerce, any visual depiction, the production of such visual depiction having involved the use of a minor engaged in sexually explicit conduct and such visual depiction being of such conduct.

In violation of Title 18, United States Code, Section 2252(a)(2) and (b)(1).

## COUNT II

Beginning on or about July 30, 2025, and continuing until on or about September 10, 2025, in the District of Nebraska, defendant ANDREW L. FOSTER, having previously been convicted on or about February 22, 2021, of Receipt and Distribution of Child Pornography in violation of 18 United States Code Section 2252(a)(2) and (b)(1), in the United States District

Court for the District of Nebraska, in case number 8:20CR223, did knowingly possess at least one matter which contained a visual depiction, the production of such visual depiction having involved the use of a minor engaging in sexually explicit conduct and such visual depiction being of such conduct, including images depicting a prepubescent minor and a minor under the age of 12 years, which visual depiction had been mailed and shipped and transported using any means and facility of interstate and foreign commerce, including by computer.

In violation of Title 18, United States Code, Section 2252(a)(4)(B) & (b)(2).

A TRUE BILL.

_____
FOREPERSON

The United States of America requests that trial of this case be held in Omaha, Nebraska, pursuant to the rules of this Court.

UNITED STATES OF AMERICA,
Plaintiff

LESLEY A. WOODS
United States Attorney
District of Nebraska

_____
SARAH A. HINRICHS, #24335
Assistant U.S. Attorney